PS8
(8/88)

# United States District Court
## for
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
06 SEP 11 AM 10: 07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

U. S. A. vs. SUVERKRUBBE, MICHAEL ROBERT
BKG #99568-198

Docket No. 06CR1262W-001

**Petition for Action on Conditions of Pretrial Release**

Comes now Eleonor Ruiz Pretrial Services Officer presenting an official report upon the conduct of defendant SUVERKRUBBE, MICHAEL ROBERT who was placed under pretrial release supervision by the Honorable Louisa S. Porter- sitting in the court at San Diego, on the 16th day of June, 2006, under the following conditions:

Travel restriction to the Southern and the Central Districts of California; pretrial supervision; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device, actively seek and maintain full-time employment, schooling, or combination both and surrender his passport to Pretrial Services. On June 26, 2006, your Honor added psychological/psychiatric treatment. On July 31, 2006, your Honor ordered the defendant into a residential drug treatment program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1.)   **Condition Violated:**   Not possess or use any narcotic drug or controlled substance as defined in 21 USC 802, without a legal medical prescription.

   A.) On June 21, 2006, the defendant submitted a urine specimen that confirmed positive for the presence of cocaine.
   B.) On June 23, 2006, the defendant submitted a urine specimen that confirmed positive for the presence of cocaine.
   C.) On June 30, 2006, the defendant submitted a urine specimen that confirmed positive for the presence of cocaine.
   D.) On July 5, 2006, the defendant submitted a urine specimen that confirmed positive for the presence of cocaine.
   E.) On July 15, 2006, the defendant submitted a urine specimen that confirmed positive for the presence of cocaine.

   Grounds for Violation:   I have received and reviewed written laboratory notification from the U.S. Pretrial Services Laboratory which confirms the urine specimens provided by the defendant on June 21, June 23, June 30, July 5, and July 15, 2006, tested positive for cocaine.

PS-8
(8/88)

| | |
|---|---|
| U. S. A. vs. SUVERKRUBBE, MICHAEL ROBERT<br>BKG #99568-198 | Docket No. 06CR1262W-001 |

**2.)** **Condition Violated:** Participate in a residential treatment program as directed by Pretrial Services.

A.) On August 16, 2006, the defendant was discharged from The Fellowship Center, for non-compliance.

Grounds for Violation: On September 6, 2006, the undersigned was informed by Carlos Moreno, a drug counselor at The Fellowship Center, that the defendant was discharged from the program on August 16, 2006, for non-compliance.

**PRAYING THAT THE COURT WILL ISSUE A NO BAIL WARRANT TO BRING THE DEFENDANT BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this ___8TH___ day of
___SEPT___, 2006___ and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Thomas J. Whelan

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/07/06

Respectfully,

_____
Eleonor Ruiz, U.S. Pretrial Services Officer

Place ___San Diego, California___

Date ___September 7, 2006___